**Michael Okayo (249466)**
**Law Offices of Michael Okayo**
**21515 Hawthorne Blvd Suite 200**
**Torrance, CA 90503**
**Tel: (310) 844-7626**
**Fax (844) 328-4811**
**Email: mokayo@okayoco.com**

Attorney for Debtor: Ricky Leon Carrell

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RICKY LEON CARRELL,<br><br>    Debtor. | Case No.: 2:21-bk-15086-VZ<br><br>Chapter 13<br><br>NOTICE OF MOTION AND MOTION TO VACATE DISMISSAL AND REINSTATE THE CHAPTER 13 BANKRUPTCY PURSUANT LBR1017-2(c); DECLARATION OF MICHAEL OKAYO IN SUPPORT THEREOF<br><br>**[No Hearing Required Pursuant to LBR 9013-1(q)]** |

TO THE HONORABLE JUDGE VINCENT P. ZURZOLO; NANCY K. CURRY, CHAPTER 13 TRUSTEE; AND ALL OTHER INTERESTED PARTIES: Ricky Leon Carrell through his attorney, Michael Okayo, hereby gives Notice of Hearing re: Motion to Vacate Dismissal and Reinstate the Chapter 13 Case pursuant to LBR 1017-2(c) that will be heard on short notice at the

U.S. Bankruptcy Court Central District of California located at 255 East Temple Street Los Angeles Courtroom 1368.

    I declare under the penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Date: 7/14/2021

                                      /s/ Michael Okayo

                                  Michael Okayo, Attorney for Debtor

**JURISDICTION AND VENUE**

1. This Court has Jurisdiction to consider this Motion under 28 U.S.C. Section 157 and 1334. This is a core proceeding under 28 U.S.C. Section 157(b). Venue of this case and this Motion in this district is proper under 28 U.S.C. Section 1408 and 1409.

2. The legal predicate for the relief requested herein are Local Bankruptcy Rule 1017-2 (c).

**BACKGROUND**

3. Debtor through his attorney filed an emergency case under the U.S. Bankruptcy Code Chapter 13 on June 22, 2021 electronically.

4. The Clerk issued a Set Case Commencement Deficiency Deadlines on June 23, 2021 which stated that incomplete filings were due by 7/7/2021.

5. The 341(a) Creditor's Meeting was scheduled for July 29, 2021 at 9:00 am.

5. Debtor through his attorney filed the Schedules, Statements, and Chapter 13 Plan on July 7, 2021.

6. On July 12, 2021 Debtor's attorney was surprised to receive an Order and Notice of Dismissal for Failure to File Schedules, Statements and/or Plan.

7. On July 13, 2021 Debtor's attorney called CM/ECF Help Desk and was informed that Schedule H: Your Codebtors (Form 106H) and Disclosure of Compensation of Attorney for Debtor (Form 2030) were missing.

8. Debtor's attorney realized that he had inadvertently failed to include the aforesaid Schedule H among the documents filed on July 7, 2021.

9. Debtor's attorney is providing discounted legal services in this matter as part of legal aid as Debtor is an indigent and by July 7, 2021 Debtor's attorney had not received any compensation in terms of legal fees. Debtor's attorney mistakenly believed that he would not need to file the

Disclosure of Compensation of Attorney for Debtor until the time when he would receive some compensation for his services.

10. The Court Clerk entered an Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan on July 12, 2021.

11. Debtor, who relies on social security benefits and disability for sustenance filed this bankruptcy Chapter 13 case to enable him pay off back taxes and release a lien on his property. He wishes that this bankruptcy case be re-opened and he be allowed to complete the Chapter 13 case.

12. Debtor's attorney has received by Redwood Trust Deed Services, Inc acting for itself or for an undisclosed Creditor that it intends to sell the Debtor's home by auction on July 26, 2021 in purported enforcement of a debt that arose in 2006, about 15 years ago. Debtor disputes the said debt which would in any event be barred by the Statute of Limitations, and it is therefore crucial that the bankruptcy case and the Automatic Stay be reinstated to preserve the bankruptcy estate for the benefit of all Creditors and all parties in interest.

13. Attached hereto marked as **Exhibit A** and **Exhibit B** are the Schedule H and Disclosure of Compensation of Attorney that were missing from the petition documents respectively.

14. By granting motion Debtor would have ample time to file and serve all required documents and provide notice and copies to all parties in interest.

15. Reopening this case is not discriminatory to any or all parties in interest.

16. For the foregoing reasons, the Debtor respectfully requests the court to reinstate the chapter 13 petition.

Dated: 7/14/2021

Respectfully submitted.<br>
*Michael Okayo*<br>
Michael Okayo

**Michael Okayo (249466)**
**Law Offices of Michael Okayo**
**21515 Hawthorne Blvd Suite 200**
**Torrance, CA 90503**
**Tel: (310) 844-7626**
**Fax (844) 328-4811**
**Email: mokayo@okayoco.com**

Attorney for Debtor: Ricky Leon Carrell

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-15086-VZ |
| | Chapter 13 |
| RICKY LEON CARRELL, | DECLARATION OF MICHAEL OKAYO IN SUPPORT OF REINSTATEMENT OF THE CHAPTER 13 CASE PURSUANT TO LBR 1017-2 (c) |
| Debtor. | |
| | **[No Hearing Required Pursuant to LBR 9013-1(q)]** |

I, Michael Okayo, do declare as follows:

1. That I have personal knowledge of the facts stated herein, if called to testify, I could and would do so competently thereto.

2. That I am the Attorney for the Debtor herein.

3. I filed the bankruptcy case under Chapter 13 on or about June 22, 2021 on behalf of the Debtor herein.

4. That on July 7, 2021 I timely filed the Schedules, Statements and the Chapter 13 Plan on behalf of the Debtor herein. Attached hereto and marked as **Exhibit C** is a copy of the Docket Report showing the filings herein.

5. That on or about July 12, 2021 I was surprised to receive an Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan.

6. That I logged onto CM/ECF to find out what was missing but I could not establish the same. On July 13, 2021 I called the CM/ECF Help Desk and was informed that Schedule H (Form 106H) and Disclosure of Compensation of Attorney for Debtor (Form 2030) were missing.

7. That I am providing discounted legal services to the Debtor herein as fulfillment of my professional duty to provide legal aid to the indigent. By the time I was filing the Schedules I had not received any compensation in terms of legal fees from the Debtor and I therefore believed that I would not be required to file the Disclosure of Compensation of Attorney for Debtor until such a time as I would receive some compensation. The Debtor had agreed to make a deposit from funds he anticipated receiving.

8. That I have been notified by Redwood Trust Deed Services, Inc acting for itself or for an undisclosed Creditor that it intends to sell the Debtor's home by auction on July 26, 2021 in purported enforcement of a debt that arose in 2006, about 15 years ago. Debtor disputes the said debt which would in any event be barred by the Statute of Limitations, and it is therefore crucial that the bankruptcy case and the Automatic Stay be reinstated to preserve the bankruptcy estate for the benefit of all Creditors and all parties in interest.

9. The Debtor's home is the only valuable asset in the bankruptcy estate and if the order of dismissal is not vacated, the bankruptcy case reinstated, and the automatic stay restored immediately then there is a risk of the property being sold and the interests of the Debtor and all the other

Creditors being severely prejudiced. The Debtor may also be rendered homeless at a time when we are facing a pandemic.

10. It is therefore imperative and in the interest of the Debtor and all the Creditors that the automatic stay be restored and continued and the protection extended throughout this bankruptcy proceeding.

I declare under penalty of perjury, under the Laws of the United States of America and California that the foregoing is true and correct.

Executed this 14th day of July, 2021 in Los Angeles, California.

*Michael Okayo*
_____

Michael Okayo,

Attorney for Movant/Debtor

# EXHIBIT A

**Fill in this information to identify your case:**

Debtor 1 __Ricky Leon Carrell__
         First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number __2:21-bk-15086-VZ__
(if know)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

# EXHIBIT B

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _____

**In re**

                                                            Case No. _____

**Debtor**                                                             Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ☐ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor       ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      *Michael Okayo*_____
*Date*                                  *Signature of Attorney*

                                _____
                                *Name of law firm*

# EXHIBIT C

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:21-bk-15086-VZ

*Assigned to:* Vincent P. Zurzolo
Chapter 13
Voluntary
Asset
Claims Register

*Date filed:* 06/22/2021
*Debtor dismissed:* 07/12/2021
*341 meeting:* 07/29/2021

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Ricky Leon Carrell**
10460 S Vermont Ave
Los Angeles, CA 90044
LOS ANGELES-CA
323-979-3268
SSN / ITIN: xxx-xx-5201

represented by **Michael Okayo**
21515 Hawthorne Blvd Ste 200
Torrance, CA 90503
310-844-7626
Fax : 844-328-4811
Email: mokayo@okayoco.com

*Trustee*
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 06/22/2021 | 1 (11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Ricky Leon Carrell Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 07/6/2021. Schedule A/B: Property (Form 106A/B or 206A/B) due 07/6/2021. Schedule C: The Property You Claim as Exempt (Form 106C) due 07/6/2021. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 07/6/2021. Schedule E/F: Creditors |

|  |  | Who Have Unsecured Claims (Form 106E/F or 206E/F) due 07/6/2021. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 07/6/2021. Schedule H: Your Codebtors (Form 106H or 206H) due 07/6/2021. Schedule I: Your Income (Form 106I) due 07/6/2021. Schedule J: Your Expenses (Form 106J) due 07/6/2021. Declaration About an Individual Debtors Schedules (Form 106Dec) due 07/6/2021. Statement of Financial Affairs (Form 107 or 207) due 07/6/2021. Chapter 13 Plan (LBR F3015-1) due by 07/6/2021. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 07/6/2021. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 07/6/2021. Schedule J-2: Expenses for Separate Household of Debtor 2 (Form 106J-2) due 07/6/2021. Cert. of Credit Counseling due by 07/6/2021. Statement of Related Cases (LBR Form F1015-2) due 07/6/2021. Petition Preparer Notice, Declaration, and Signature - Form 119 due by 07/6/2021. Disclosure of Compensation of Bankruptcy Petition Preparer (Form 2800) due 07/6/2021. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 07/6/2021. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 07/6/2021. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 07/6/2021. Incomplete Filings due by 07/6/2021. (Okayo, Michael) (Entered: 06/22/2021) |
|---|---|---|
| 06/22/2021 |  | Receipt of Voluntary Petition (Chapter 13)( 2:21-bk-15086) [misc,volp13] ( 313.00) Filing Fee. Receipt number A53076463. Fee amount 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 06/22/2021) |
| 06/22/2021 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Ricky Leon Carrell. (Okayo, Michael) (Entered: 06/22/2021) |
| 06/22/2021 | 3 (1 pg) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Ricky Leon Carrell. (Okayo, Michael) (Entered: 06/22/2021) |
| 06/22/2021 | 4 (1 pg) | Certificate of Credit Counseling Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 06/22/2021) |
| 06/22/2021 |  | Notice of Debtor's Prior Filings for debtor Ricky Leon Carrell Case Number 07-13678, Chapter 13 filed in California Central Bankruptcy on 05/07/2007 , Dismissed for failure to pay filing fee on 06/20/2007; Case Number 19-22351, Chapter 13 filed in California Central Bankruptcy on 10/18/2019 , Dismissed for Other Reason on 09/15/2020.(Admin) (Entered: 06/22/2021) |

| | | |
|---|---|---|
| 06/22/2021 | [5](#) (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 7/29/2021 at 09:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 9/13/2021 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proofs of Claims due by 8/31/2021. (Scheduled Automatic Assignment, shared account) (Entered: 06/22/2021) |
| 06/23/2021 | | Set Case Commencement Deficiency Deadlines (def/deforco) (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Ricky Leon Carrell) Chapter 13 Plan (LBR F3015-1) due by 7/7/2021. Incomplete Filings due by 7/7/2021. (Carranza, Shemainee) CORRECTION: ENTERED DUE TO CLERICAL ERROR Modified on 6/23/2021 (Carranza, Shemainee). (Entered: 06/23/2021) |
| 06/24/2021 | [6](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[5](#) Meeting (AutoAssign Chapter 13)) No. of Notices: 3. Notice Date 06/24/2021. (Admin.) (Entered: 06/24/2021) |
| 06/24/2021 | [7](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Ricky Leon Carrell) No. of Notices: 1. Notice Date 06/24/2021. (Admin.) (Entered: 06/24/2021) |
| 06/24/2021 | [8](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Ricky Leon Carrell) No. of Notices: 1. Notice Date 06/24/2021. (Admin.) (Entered: 06/24/2021) |
| 07/06/2021 | [9](#) (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with proof of service*. (Curry (TR), Nancy) (Entered: 07/06/2021) |
| 07/06/2021 | [10](#) (4 pgs) | Notice *of §341(a) Meeting of Creditors AMENDED, with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 07/06/2021) |
| 07/07/2021 | [11](#) (4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years, Disposable Income Is Determined (Official Form 122C-1) Filed by Debtor Ricky Leon Carrell (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | [12](#) (5 pgs) | Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Ricky Leon Carrell (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | [13](#) (2 pgs) | Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Ricky Leon Carrell (RE: related |

|  |  |  |
|---|---|---|
|  |  | document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 14 (2 pgs) | Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 15 (2 pgs) | Schedule E/F for Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 16 (1 pg) | Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 17 (2 pgs) | Schedule I Individual: Your Income (Official Form 106I) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 18 (3 pgs) | Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 19 (6 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 20 (1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 21 (2 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 22 (1 pg) | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 23 (1 pg) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Ricky Leon Carrell (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |

| | | |
|---|---|---|
| 07/07/2021 | [24](#) (12 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Ricky Leon Carrell (RE: related document(s)[1](#) Voluntary Petition (Chapter 13)). (Okayo, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | [25](#) (16 pgs) | Chapter 13 Plan (LBR F3015-1). Filed by Debtor Ricky Leon Carrell. (Okayo, Michael) (Entered: 07/07/2021) |
| 07/12/2021 | [26](#) (1 pg) | Order and Notice of Dismissal for Failure to File Schedules, Statements, and/or Plan - DEBTOR Dismissed (BNC) (Mohammad, Sandra) (Entered: 07/12/2021) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21515 Hawthorne Blvd, Suite 200, Torrance, CA 90503.

A true and correct copy of the foregoing document described ___NOTICE OF MOTION AND MOTION TO VACATE DISMISSAL AND REINSTATE THE CHAPTER 13 PURSUANT TO LBR 1017-2(c); DECLARATION OF MICHAEL OKAYO IN SUPPORT THEREOF__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _07/20/2021_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Nancy K Curry (TR)** TrusteeECFMail@gmail.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/19/2020 | Michael Okayo | /s/ Michael Okayo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |