Michael Okayo (249466)
Law Offices of Michael Okayo
21515 Hawthorne Blvd, Suite 200
Torrance, CA 90503
Tel: 310-844-7626
Email: mokayo@okayoco.com

Attorney for Debtor: Ricky Loen Carrell

FILED & ENTERED

JUL 26 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re:

    RICKY LEON CARRELL

Case No.: 2:21-bk-15086-VZ
Chapter 13

**ORDER GRANTING MOTION TO VACATE ORDER DISMISSING BANKRUPTCY CASE**

[NO HEARING – LBR 9013-1(q)]

Having reviewed the Debtor's Motion to Vacate Dismissal and Reinstate the Chapter 13 Bankruptcy Pursuant to LBR 1017-2(c) ("Motion") and noting that the Debtor has affixed the missing case commencement documents, **IT IS ORDERED** that the Motion is **GRANTED** and the Debtor must now separately file the missing case commencement documents.

###

Date: July 26, 2021

Vincent P. Zurzolo
United States Bankruptcy Judge