# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## **NOTICE TO CREDITORS**

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Ricky Leon Carrell<br>**SSN:** xxx–xx–5201<br>**EIN:** N/A<br><br>10460 S Vermont Ave<br>Los Angeles, CA 90044 | **BANKRUPTCY NO.**  2:21–bk–15086–VZ<br>**CHAPTER**  13 |

Please take notice that an order vacating the dismissal of the bankruptcy petition and reinstating the case was entered on July 26, 2021. For further information, please refer to the case file.

Dated: July 26, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**32 / SC**