CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
LAW OFFICES OF ROUSE & BAHLERT
1246 18th Street
San Francisco, CA 94107
Tel No. (415) 575-9444
Fax No. (415) 575-9440
rblaw@ix.netcom.com

Attorneys for Movant
Mark Schulman, as Trustee of the
Mark Schulman 401(k) Profit Sharing
Plan - Roth Account

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>RICKY LEON CARRELL,<br><br>    Debtor. | CASE NO. 2:21-bk-15086-VZ<br><br>Chapter 13<br><br>Honorable Vincent P. Zurzolo<br><br>NOTICE OF ERRATA TO MOVANT'S REPLY TO DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY)<br><br>DATE:  August 24, 2021<br>TIME:  10:00 a.m.<br>Courtroom:  1368<br>Address:  255 East Temple Street<br>            Los Angeles, CA 90012 |

TO THE COURT AND TO ALL INTERESTED PARTIES:

Mark Schulman, as Trustee of the Mark Schulman 401(k) Profit Sharing Plan - Roth Account, Movant herein, hereby requests the court to take notice of the following errata:

On August 17, 2021, Movant filed his Reply to Debtor's Response to Motion for Relief from the Automatic Stay under 11 U.S.C. §362, Docket No. 49. On page 2, lines 11-12, Movant inadvertently and inaccurately referred to Rule 802 of the "Federal Rules of Civil Procedure." The reference should have been to Rule 802 of the Federal Rules of Evidence.

Notice of Errata to Reply to Debtor's Opposition to
Motion For Relief From Stay        1

1                        Respectfully submitted,

2   Dated: <u>August 18, 2021</u>       LAW OFFICES OF ROUSE & BAHLERT

3

4                        BY:  <u>/s/ Cheryl C. Rouse</u>
                            CHERYL C. ROUSE
                            Attorneys for Movant Mark Schulman, as Trustee
5                        of the Mark Schulman 401(k) Profit Sharing
                        Plan - Roth Account

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1246 18th Street
San Francisco, CA 94107

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF ERRATA TO MOVANT'S REPLY TO DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (REAL PROPERTY)
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/18/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Michael Okayo - mokayo@okayoco.com
  Nancy K. Curry, Trustee - TrusteeECFMail@gmail.com
  United States Trustee - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/18/2021____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  Honorable Vincent P. Zurzolo
  United States Bankruptcy Court, Central District of California
  Edward R. Roybal Federal Building and Courthouse
  255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/18/2021 | Cheryl C. Rouse | /s/Cheryl C. Rouse |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE